UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MAKERITA LISA SATELE,<br><br>        Plaintiff,<br>v.<br><br>FIRST ADVANTAGE BACKGROUND SERVICES, CORP and RAISING CANE'S RESTAURANTS, LLC, | CASE NO. 1:24-cv-03481-TWT-LTW<br><br>REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT RAISING CANE'S, LLC<br><br>Judge: Hon. Thomas W. Thrash, Jr |

## REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF RAISING CANE'S, LLC

Please take notice that Plaintiff MAKERITA LISA SATELE by and through her undersigned counsel, enters this Request for Dismissal *without Prejudice* pursuant to Rule 41(a)(1)(A)(i) of the Federal Rule of Civil Procedure that the Complaint against RAISING CANE'S, LLC, and each and every count and claim asserted in this action against RAISING CANE'S, LLC. The parties have agreed to bear their own attorney's fees and costs.

    Respectfully submitted,

    This 4th day of September, 2024

- 1 -

- 2 -

/s/ Devin H. Fok
Devin H. Fok
**DHF Law, P.C.**
2304 Huntington Drive
Suite 210
San Marino, CA 91108
888-651-6411
Fax: 818-484-2023
Email: devin@devinfoklaw.com

Attorney for Plaintiff