UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MAKERITA LISA SATELE,<br><br>　　Plaintiff,<br><br>　　v.<br><br>FIRST ADVANTAGE BACKGROUND SERVICES, CORP.,<br><br>　　Defendants. | CIVIL ACTION NO.<br>1:24-CV-03481-TWT-LTW |

### ORDER

The parties in the above civil action having announced to the Court that they have reached a settlement, the Clerk is DIRECTED to ADMINISTRATIVELY CLOSE the case. The parties shall execute the settlement documents and file the dismissal consistent with their Notice of Settlement [Doc. 19]. All deadlines in this action are STAYED pending the filing of dismissal documents.

SO ORDERED, this 7th day of July, 2025.

THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE